IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AIRTRAN HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07-13948 |
| ) | JUDGE BORMAN |
| MICHAEL Y. EISEMANN and ) | MAGISTRATE JUDGE MAJZOUB |
| THE 800 EDGE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT DECREE AND FINAL JUDGMENT

The parties to this action have compromised and resolved the disputes between them, the Defendants denying the averments of the Complaint, and have consented to the entry of this Consent Decree and Final Judgment, either personally or through their undersigned counsel. Accordingly, upon consideration and good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1.  Defendants Michael Y. Eisemann and The 800 Edge, Inc., and their officers, agents, servants, employees and attorneys, and all other persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall be and hereby are PROHIBITED AND ENJOINED until further order of this Court from:

    A. Making false, misleading, or disparaging statements about plaintiff AirTran Holdings, Inc. or any subsidiary or affiliate of AirTran Holdings, Inc., including AirTran Airways, Inc. (collectively, "AirTran") in any telephone recording or otherwise;

1440720.01

B. Misusing, in any telephone recording or otherwise, the mark "AirTran" or any other colorable imitation of the AirTran mark;

C. Expressly or impliedly representing to anyone that defendants are affiliated in any way with AirTran;

D. Representing by words or conduct that defendants' business or any product or service provided, offered for sale, sold, advertised, or rendered by defendant are authorized, sponsored, or endorsed by or otherwise connected with AirTran;

E. Otherwise infringing the AirTran mark;

F. Otherwise competing unfairly with AirTran;

G. Attempting to extort money or other consideration from AirTran;

H. Using the telephone number 800-247-8723, or any other telephone number or account, in any manner intended or designed to injure AirTran; and

I. Assisting, aiding or abetting any other individual or entity in doing any of the things listed above.

2. Defendants, pursuant to 15 U.S.C. §1116, shall file with the Court and serve on AirTran within thirty (30) days from the date of this order a report in writing, under oath, setting forth in detail the manner and form in which defendants have complied with the terms of this injunction.

3. The Court shall retain jurisdiction of this action for the purpose of enforcing the terms of this order and the injunction imposed hereby.

So ORDERED this 24th day of September, 2007.

_____
U.S. DISTRICT JUDGE

JOINTLY SUBMITTED, STIPULATED AND AGREED:

| | |
|---|---|
| _____ | _____ |
| J. Rodgers Lunsford III | Michael Y. Eisemann, |
| Georgia Bar No.: 461200 | Individually |
| Edward C. Konieczny | |
| Georgia Bar No.: 428039 | |
| Todd D. Williams | The 800 Edge, Inc. |
| Georgia Bar No.: 142379 | |
| | By: _____ |
| Jeffrey G. Heuer | Michael Y. Eisemann, |
| Jaffe Raitt Heuer & Weiss | President |
| Michigan Bar No. P14925 | |

Attorneys for Plaintiff AirTran Holdings, Inc.

So ORDERED this ____ day of September, 2007.

                                                                                                                            _____

                                                                                                                    U.S. DISTRICT JUDGE

JOINTLY SUBMITTED, STIPULATED AND AGREED:

S// Jeffrey G. Heuer
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Ste 2500                             _____
Southfield, Michigan 48034                                  Michael Y. Eisemann,
248-351-3000                                                             Individually
jheuer@jaffelaw.com
P14925

                                                                                                      The 800 Edge, Inc.

J. Rodgers Lunsford III
Georgia Bar No: 461200                                                      By:_____
Edward C. Konieczny                                                         Michael Y. Eisemann,
Georgia Bar No: 428039                                                         President
Todd D. Williams
Georgia Bar No. 142379

Attorneys for Plaintiff AirTran Holdings, Inc.